UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
MILLER, CAROLINE                                  Case No. 08-65471 TJT
                                                  Chapter 7
                                                  HON. Thomas J. Tucker

                Debtor(s).                /

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

A check representing the total sum of unclaimed dividends in this estate was paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank, dba WALMART, 25 SE 2nd Ave<br>Ste 1120<br>Miami, FL 33131 | 7 | $320.66 |
| **TOTAL** | | **$320.66** |

Dated: June 17, 2010

/s/ George P. Dakmak
George P. Dakmak, Trustee
615 Griswold, Suite 600
Detroit, MI 48226
(313) 964-0800
e-mail: gpd.trustee@gdakmak.com